Argued June 21, affirmed June 21, 1973

STATE OF OREGON, *Respondent, v.* DOUGLAS
KENNETH DAUGAARD, aka WILLIAM HENRY
GRAHAM (No. C 72-10-3299 Cr), *Appellant.*

510 P2d 1350

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.